THOMAS P. O'BRIEN **JS-6**
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
CARLA A. FORD
Assistant United States Attorney
California State Bar No. 173380
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone:  (213) 894-3997
    Facsimile:   (213) 894-7819
    Email: carla.ford@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MERCEDES CARVAJAL, an Individual, | CV 05-7124-PA(Ex) |
| Plaintiff, | |
| v. | [~~Proposed~~] JUDGMENT |
| UNITED STATES OF AMERICA, | |
| Defendant. | Hon. Percy Anderson |

## I.    BACKGROUND

This lawsuit arises out of the seizure of $67,000.00 and $8,800.00, totaling $75,800 in U.S. currency (the "Currency").  On December 18, 2003, members of a federal task force, led by the Drug Enforcement Administration ("DEA"), seized the Currency pursuant to a search warrant executed at the residence of plaintiff

//

//

Mercedez Carvajal ("Plaintiff"). On October 19, 2004, defendant United States of America ("Defendant"), through the DEA, returned the Currency to Plaintiff without initiating a forfeiture action against it and without payment of interest.

Plaintiff initiated the instant civil action against Defendant and others seeking damages, interest and attorney's fees. Defendant moved to dismiss Plaintiff's Fifth and Seventh Causes of Action (asserted only against the United States) to recover interest under the Civil Asset Forfeiture Reform Act of 2000 ("CAFRA"), 28 U.S.C. § 2465(b)(1)(C); and *U.S. v. $277,000 U.S. Currency*, 69 F.3d 1491 (9th Cir. 1995), respectively.[1] In an order dated March 6, 2006, this Court granted the United States' motion to dismiss each of those claims. *Docket Entry No. 47.* On April 21, 2006, pursuant to a stipulation of the parties, this Court entered a final and appealable conditional judgment dismissing all claims and terminating the case. *Docket Entry No. 53.* Carvajal appealed. *Docket Entry No. 54.*

In an opinion filed April 11, 2008, the United States Court of Appeals for the Ninth Circuit reversed this Court's dismissal of Plaintiff's claims for relief under CAFRA and *$277,000* and remanded the action to this Court for entry of judgment in favor of Plaintiff for interest accrued on the Currency. *Carvajal v. United States*, 521 F.3d 1242, 1249 (9th Cir. 2008).

## II.   THE JUDGMENT

In accordance with the Ninth Circuit's April 11, 2008 decision, this Court hereby enters Judgment as follows:

1.   Judgment is hereby entered in favor of plaintiff Mercedes Carvajal and against defendant United States of America on the Fifth Cause of Action to

---

[1] Defendant also moved to dismiss the other two claims against the government, the Sixth and Eighth Causes of Action seeking recovery of attorney's fees under CAFRA and the Equal Access to Justice Act, 28 U.S.C. § 2412 (d)(1)(A). The Ninth Circuit affirmed this Court's dismissal of those claims. *See Carvajal v. United States*, 521 F.3d 1242, 1249 (9th Cir. 2008).

recover interest under CAFRA, 28 U.S.C. § 2465(b)(1)(C); and on the Seventh Cause of Action to recover interest under *U.S. v. $277,000 U.S. Currency*, 69 F.3d 1491 (9th Cir. 1995).

2. <u>Interest on Currency</u> - Plaintiff is entitled to recover interest which accrued on the Currency after the date of the seizure, December 18, 2003, through the date of its return to Plaintiff, October 19, 2004.  The United States Marshal's Service has calculated the interest which accrued on the Currency during the stated period to be as follows:

| | |
|---|---|
| $67,000.00 U.S. Currency | $535.07 |
| $ 8,800.00 U.S. Currency | $ 70.28 |
| **Interest on Currency** | **$605.35** |

3. <u>Interest on Interest</u> - Plaintiff is entitled to recover interest which accrued on the interest described in Paragraph 2, above.  The United States Marshal's Service has calculated the interest that accrued on the interest for the stated period to be as follows:

| | |
|---|---|
| $67,000.00 U.S. Currency | $ 86.35 |
| $ 8,800.00 U.S. Currency | $ 11.34 |
| **Interest on Interest** | **$ 97.69** |

4. The interest which accrued on the Currency and the interest on the interest which accrued on the Currency totals $703.04.  The United States Marshal Service is hereby directed to remit the amount of $703.04 to Plaintiff, via check or electronic funds transfer, in accordance with instructions from Plaintiff's counsel, Paul Gabbert, Esq. or Eric Honig, Esq., to counsel for defendant United States of America.

5. The third paragraph of the Stipulation Dismissing the First, Second, Third and Fourth Causes of Action with Prejudice and Conditional Judgment, approved by this Court and filed on April 13, 2006 (*Docket Entry No. 53*), states

that each party shall bear its own costs and attorney's fees in the district court. The parties dispute the construction and application of this paragraph. Therefore, Plaintiff hereby reserves her claim for attorney's fees and costs in the district court as to the Fifth, Sixth, Seventh and Eighth Causes of Action upon entry of this judgment.

SO ORDERED this 3rd day of September, 2008.

_____
HON. PERCY ANDERSON
JUDGE, U.S. DISTRICT COURT

Presented by:

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

/s/
_____
CARLA A. FORD
Assistant United States Attorney

Attorneys for Defendant United States of America


/s/
_____
PAUL L. GABBERT, ESQ.
ERIC HONIG, ESQ.

Attorneys for Plaintiff Mercedes Carvajal

4